IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN HAMILTON,

    *Plaintiff*,

v.

CITY OF PHILADELPHIA, et al.,
    *Defendant.*

CIVIL ACTION
NO. 18-05184

## ORDER

**AND NOW**, this 5th day of September 2019, upon consideration of Defendants' Motions to Dismiss, (ECF Nos. 18 and 19), and Plaintiff's Response, (ECF No. 22), it is hereby **ORDERED** that the City of Philadelphia's Motion is **GRANTED**, and Defendant Ryan's Motion is **GRANTED IN PART** and **DENIED IN PART**. Specifically:

1. The Court **DISMISSES without prejudice** all claims in Count I against the City and Ryan in his official capacity;

2. The Court **DISMISSES with prejudice** all gender-based claims in Count I against Ryan in his individual capacity;

3. The Court **DENIES** Ryan's Motion to Dismiss the hostile-work-environment and racial discrimination claims in Count I against Ryan in his individual capacity;

4. The Court **DISMISSES without prejudice** all claims in Count II;

5. The Court **DISMISSES with prejudice** all claims in Count III, as withdrawn by Plaintiff;

1

6. Plaintiff may file a Second Amended Complaint, consistent with this Order and the attached Memorandum on or before **Friday, September 19, 2019.**

                          BY THE COURT:

                          ***/s/ Gerald J. Pappert***
                          GERALD J. PAPPERT, J.