IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HAMILTON,<br><br>   *Plaintiff,*<br><br> v.<br><br>SARGENT ROBERT RYAN,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 18-05184 |

## ORDER

**AND NOW**, this 1st day of May 2020, upon consideration of Robert Ryan's Motion for Summary Judgment (ECF No. 42) and Shawn Hamilton's Response (ECF No. 43) and following oral argument by counsel for the parties (ECF No. 47), it is **ORDERED** that the Motion is **DENIED**. The Court will schedule a telephonic conference to discuss final pretrial and trial dates.

            BY THE COURT:


            */s/ Gerald J. Pappert*
            GERALD J. PAPPERT, J.